■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v CARMELO RIVERA, Appellant. [847 NYS2d 893]—Judgment, Supreme Court, Bronx County (Megan Tallmer, J.), rendered on or about August 23, 2005, unanimously affirmed. No opinion. Order filed. Concur—Marlow, J.P., Nardelli, Williams and McGuire, JJ.